IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 76.253.65.71

**ISP:** AT&T U-verse
**Physical Location:** Pflugerville, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/23/2019 01:29:31 | CB77E43971A3AD7F4E82151E70B8A2AB98B9660B | Hot Office Sex |
| 03/22/2019 12:32:59 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 03/10/2019 23:10:55 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 02/28/2019 02:26:11 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |
| 02/28/2019 01:21:40 | C1543F45AF1BC5A1B4CD9CE49D301B6F8B42D011 | In The Mood |
| 01/13/2019 02:02:36 | 7E257EBFF8E251B8C7D5B64CE6A7218C3EEF66D8 | Sex And Fashion A Threeway Project |
| 01/12/2019 23:38:01 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 12/29/2018 21:47:22 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 12/08/2018 02:20:27 | 4C46F34F2008E346FCD584E5844F79213DEC44F5 | Everybody Plays Three Ways |
| 11/01/2018 03:28:10 | 6BA3863D38D640403559B71AB74E5D65AA66B296 | Surprise Sex For Three |
| 09/26/2018 11:21:01 | 16540A069860446050189D1C8F2DA71FE4787B69 | Stripshow Sex |
| 09/22/2018 02:01:40 | 84D042055565918C19A6D0019970A2AE1AE5C66B | Sexy Movies Cum Inside |
| 09/13/2018 11:24:56 | 8B13C0643AF97C46E7B33AB5FDB77B04E2E5F117 | Sex With Gymnasts |
| 09/13/2018 11:13:27 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 07/15/2018 19:27:30 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 07/15/2018 19:24:06 | 761C73E3510E4D50FD82F82EECAC6E8671341092 | Our Lucky Day |
| 07/15/2018 18:11:49 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 06/20/2018 00:08:28 | BC1F91AB1FA496D453C80A2534589ED83BC9F579 | Two Gentlemen and A Lady |
| 05/14/2018 15:13:43 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 04/05/2018 13:01:09 | C78692725E360537BCEBBA49789076697AB563D5 | Never Have I Ever Had A Threesome Like This |

EXHIBIT A

WTX30

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/09/2018 03:14:23 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 02/09/2018 02:14:27 | E29D753F860FE87DDE8DBB0E09FAEDF14208095D | Deeper and Deeper |
| 01/13/2018 16:13:44 | 3311AEAD7B82A383B1C9A5898A94EA1D96CBF745 | Hot Coffee |
| 12/22/2017 16:19:57 | 7B1338CF011BB8AE92A32A35EE2FB215DC210A5F | Fill Her Up |
| 12/22/2017 14:58:12 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 12/22/2017 14:57:03 | 5F524DF15759705BDA6D385631FD6ACDE6D080CD | The Tightest Blonde |
| 12/22/2017 14:53:55 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 12/22/2017 14:00:58 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 12/22/2017 11:12:40 | ABAF93A6E2F868765C236D60E7770E16CBABF40E | Five Reasons to Love Sex with Blondes |
| 12/22/2017 10:49:49 | 7453C1E4B31F2DFE7A0620439A0D387B1559EC44 | Your Luckiest Night |
| 08/31/2017 12:31:52 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 08/13/2017 23:28:56 | 61A46020579D808D7753177E3E3C3ADD8DFF4132 | Fit For A Fuck |
| 08/13/2017 17:27:41 | 0E992AADEBF3D624A638B6D4CD0934A5E8EBF215 | Susie Up Close and Personal |
| 08/13/2017 12:29:37 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 08/13/2017 12:25:52 | C06868491BB3010DC2292A25CF658979195D0F4D | Sex For Three By The Sea |
| 08/13/2017 11:27:55 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 03/09/2017 22:44:28 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 02/11/2017 18:26:20 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 02/11/2017 17:46:16 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 02/11/2017 15:41:53 | BB5EC5864734FE9BCCE962C969669FFA2B741845 | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 40**

EXHIBIT A

WTX30